IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. KYLES, ) | CASE NO. 8:11CV260 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| DAVID E. HEINEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's "Motion Seeking Status of Case and Request to Expedite Review," "Motion to Extend Time to Conduct Discovery," and "Motion for Limited Authority to Conduct Discovery." (Filing Nos. 8, 9, and 10.) Upon careful consideration,

IT IS ORDERED that: Plaintiff's Motions (Filing Nos. 8, 9, and 10) are denied without prejudice to reassertion after amendment of the Complaint in accordance with the court's October 24, 2011, Memorandum and Order (*see* Filing No. 7).

DATED this 28th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.